

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION and FAIRCHILD (TAIWAN) CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>POWER INTEGRATIONS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 12-540-LPS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VERDICT FORM

We, the jury, unanimously find as follows:

### I. INFRINGEMENT OF FAIRCHILD'S U.S. PATENT NO. 7,259,972

    **A. Indirect Infringement – Inducement**

    1.    Has Fairchild proven, by a preponderance of the evidence, that Power Integrations induced others to infringe any of the asserted claims of the '972 patent with its LinkSwitch-II-type products?

    *"Yes" is a finding for Fairchild. "No" is a finding for Power Integrations.*

    Yes __✓__ No _____

### II. FAIRCHILD'S '972 PATENT – DAMAGES

    1.    If you have found that Power Integrations induced infringement of the '972 Fairchild patent, what is the dollar amount Fairchild has proved it is entitled to as a reasonable royalty for past infringement?

    $ __2,385,000.00__

1

### III. INFRINGEMENT OF POWER INTEGRATIONS' U.S. PATENT NO. 7,995,359

#### A. Direct Infringement

1. Has Power Integrations proven, by a preponderance of the evidence, that Fairchild has literally infringed any of the following claims of the '359 patent?

   *"Yes" is a finding for Power Integrations. "No" is a finding for Fairchild.*

   | | FAN6756 |
   |---|---|
   | Claim 29 | Yes _____ No ✓ |
   | Claim 31 | Yes _____ No ✓ |
   | Claim 32 | Yes _____ No ✓ |

2. Has Power Integrations proven, by a preponderance of the evidence, that Fairchild has infringed any of the following claims of the '359 patent under the doctrine of equivalents?

   *"Yes" is a finding for Power Integrations. "No" is a finding for Fairchild.*

   | | FAN6756 |
   |---|---|
   | Claim 29 | Yes ✓ No _____ |
   | Claim 31 | Yes ✓ No _____ |
   | Claim 32 | Yes _____ No ✓ |

**B.** **Indirect Infringement – Inducement**

1. Has Power Integrations proven, by a preponderance of the evidence, that Fairchild has actively induced the infringement of any of the following claims of the '359 patent?

    *"Yes" is a finding for Power Integrations. "No" is a finding for Fairchild.*

    |  | FAN6756 |
    |---|---|
    | Claim 29 | Yes ✓  No ___ |
    | Claim 31 | Yes ✓  No ___ |
    | Claim 32 | Yes ___ No ✓ |

**C.** **Indirect Infringement – Contributory Infringement**

1. Has Power Integrations proven, by a preponderance of the evidence, that Fairchild has contributed to the infringement of any of the following claims of the '359 patent?

    *"Yes" is a finding for Power Integrations. "No" is a finding for Fairchild.*

    |  | FAN6756 |
    |---|---|
    | Claim 29 | Yes ✓  No ___ |
    | Claim 31 | Yes ✓  No ___ |
    | Claim 32 | Yes ___ No ✓ |

3

## IV. INFRINGEMENT OF POWER INTEGRATIONS' U.S. PATENT NO. 8,115,457

### A. Direct Infringement

1. Has Power Integrations proven, by a preponderance of the evidence, that Fairchild has literally infringed any of the following claims of the '457 patent?

   *"Yes" is a finding for Power Integrations. "No" is a finding for Fairchild.*

   |          | FAN6756        | FSB137HL-type Products |
   |----------|----------------|------------------------|
   | Claim 1  | Yes ___ No _✓_ | Yes ___ No _✓_         |
   | Claim 3  | Yes ___ No _✓_ | Yes ___ No _✓_         |
   | Claim 12 | Yes ___ No _✓_ | Yes ___ No _✓_         |

2. Has Power Integrations proven, by a preponderance of the evidence, that Fairchild has infringed any of the following claims of the '457 patent under the doctrine of equivalents?

   *"Yes" is a finding for Power Integrations. "No" is a finding for Fairchild.*

   |          | FAN6756        | FSB137HL-type Products |
   |----------|----------------|------------------------|
   | Claim 1  | Yes ___ No _✓_ | Yes ___ No _✓_         |
   | Claim 3  | Yes ___ No _✓_ | Yes ___ No _✓_         |
   | Claim 12 | Yes ___ No _✓_ | Yes ___ No _✓_         |

### B. Indirect Infringement – Inducement

1. Has Power Integrations proven, by a preponderance of the evidence, that Fairchild has actively induced the infringement of any of the following claims of the '457 patent?

   *"Yes" is a finding for Power Integrations. "No" is a finding for Fairchild.*

   |          | FAN6756        | FSB137HL-type Products |
   |----------|----------------|------------------------|
   | Claim 1  | Yes ___ No _✓_ | Yes ___ No _✓_         |
   | Claim 3  | Yes ___ No _✓_ | Yes ___ No _✓_         |
   | Claim 12 | Yes ___ No _✓_ | Yes ___ No _✓_         |

C.  **Indirect Infringement – Contributory Infringement**

1.  Has Power Integrations proven, by a preponderance of the evidence, that Fairchild has contributed to the infringement of any of the following claims of the '457 patent?

    *"Yes" is a finding for Power Integrations. "No" is a finding for Fairchild.*

    |          | FAN6756       | FSB137HL-type Products |
    |----------|---------------|------------------------|
    | Claim 1  | Yes ___ No ✓  | Yes ___ No ✓           |
    | Claim 3  | Yes ___ No ✓  | Yes ___ No ✓           |
    | Claim 12 | Yes ___ No ✓  | Yes ___ No ✓           |

5

V. **VALIDITY OF POWER INTEGRATIONS' U.S. PATENT NO. 8,115,457**

    1. Has Fairchild proven by clear and convincing evidence that any of the following claims of the '457 patent is invalid as anticipated?

       *"Yes" is a finding for Fairchild. "No" is a finding for Power Integrations.*

|  |  |  |
|---|---|---|
| Claim 1 | Yes _____ | No __✓__ |
| Claim 3 | Yes _____ | No __✓__ |
| Claim 12 | Yes _____ | No __✓__ |

    2. Has Fairchild proven by clear and convincing evidence that any of the following claims of the '457 patent is invalid because the claimed subject matter would have been obvious to a person of ordinary skill in the art at the time of the claimed invention?

       *"Yes" is a finding for Fairchild. "No" is a finding for Power Integrations.*

|  |  |  |
|---|---|---|
| Claim 1 | Yes _____ | No __✓__ |
| Claim 3 | Yes _____ | No __✓__ |
| Claim 12 | Yes _____ | No __✓__ |

VI. **POWER INTEGRATIONS' PATENTS – DAMAGES**

    1. If you have found that Fairchild infringed at least one valid claim of a Power Integrations patent, what is the dollar amount Power Integrations has proved it is entitled to as a reasonable royalty for past infringement?

       $ __100,000.00__

You must each sign this verdict form:

Dated: _____6/5/15_____