IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION and FAIRCHILD (TAIWAN) CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>POWER INTEGRATIONS, INC.,<br><br>Defendant. | C.A. No. 12-540-LPS |

## JUDGMENT

This action came before the Court for trial by jury beginning May 26, 2015, before a duly impaneled and sworn jury. The issues have been tried and the jury rendered a verdict on June 5, 2015. The verdict was accompanied by the verdict form (D.I. 402), the redacted version of which is attached to this Judgment (D.I. 403). Said verdict form (D.I. 402) was signed by the foreperson and all jurors as a unanimous verdict, and the verdict was accepted by the Court and filed by the Clerk. Before the jury trial, the Court considered and granted certain dispositive motions as set forth in this Court's Memorandum Opinion and Order of May 4, 2015 (D.I. 338, 339) incorporated herein by reference.

Therefore, pursuant to Rule 58 of the Federal Rules of Civil Procedure, JUDGMENT is hereby entered in this matter as follows:

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Plaintiffs Fairchild Semiconductor Corporation and Fairchild (Taiwan) Corporation (collectively, "Fairchild") and against Defendant Power Integrations, Inc. ("Power Integrations") with respect

to indirect infringement by inducement of the asserted claims of U.S. Patent No. 7,259,972;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Fairchild and against Power Integrations for damages in the amount of $2,385,000.00 for Power Integrations' induced infringement of U.S. Patent No. 7,259,972, subject to interest, fees, and costs that may subsequently be sought and/or awarded;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Fairchild and against Power Integrations with respect to literal infringement of claims 29, 31, and 32 of U.S. Patent No. 7,995,359;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Fairchild and against Power Integrations with respect to direct infringement under the doctrine of equivalents and indirect infringement of claim 32 of U.S. Patent No. 7,995,359;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Power Integrations and against Fairchild with respect to direct infringement under the doctrine of equivalents and indirect infringement by inducement and by contributory infringement of claims 29 and 31 of U.S. Patent No. 7,995,359;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Power Integrations and against Fairchild for damages in the amount of $100,000.00 for Fairchild's infringement of claims 29 and 31 of U.S. Patent No. 7,995,359, subject to interest, fees, and costs that may subsequently be sought and/or awarded;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Fairchild and against Power Integrations with respect to direct and indirect

infringement, both literally and under the doctrine of equivalents, of claims 1, 3, and 12 of U.S. Patent No. 8,115,457;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Power Integrations and against Fairchild with respect to validity of claims 1, 3, and 12 of U.S. Patent No. 8,115,457;

IT IS FURTHER ORDERED AND ADJUDGED that summary judgment be and is hereby entered in favor of Power Integrations and against Fairchild with respect to direct infringement, both literally and under the doctrine of equivalents, of claim 8 of U.S. Patent No. 7,286,123;

IT IS FURTHER ORDERED AND ADJUDGED that summary judgment be and is hereby entered in favor of Power Integrations and against Fairchild with respect to infringement under the doctrine of equivalents of claims 1-4, 6, and 8-14 of U.S. Patent No. 7,525,259;

IT IS FURTHER ORDERED AND ADJUDGED that summary judgment be and is hereby entered in favor of Power Integrations and against Fairchild with respect to validity of claims 1-4, 6, and 8-14 of U.S. Patent No. 7,525,259;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Fairchild and against Power Integrations with respect to infringement of claims 10-13 of U.S. Patent No. 7,876,587;

IT IS FURTHER ORDERED AND ADJUGED that judgment be and is hereby entered in favor of Fairchild and against Power Integrations with respect to infringement of claims 9 and 14 of U.S. Patent No. 6,229,366 based on the Court's construction of the "soft start circuit means" element of the asserted claims (as explained in the Court's claim construction rulings (D.I. 87-88), summary judgment order (D.I. 338, 339), Power Integrations' concession it cannot proceed in view of the Court's claim construction (D.I. 389), and the oral argument and Court

order barring Dr. Kelley from testifying as to the '366 patent based on the Court's claim construction (Trial Tr. at 1649:10 - 1675:15)).

IT IS FURTHER ORDERED AND ADJUDGED that Fairchild's counterclaims of invalidity with respect to U.S. Patent No. 6,229,366 are dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that Fairchild's counterclaims of invalidity with respect to U.S. Patent No. 7,876,587 are dismissed without prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that this Judgment shall have the effect of denying all oral motions made by the parties pursuant to Federal Rule of Civil Procedure 50(a).

Dated: Aug. 7, 2015

_____
Honorable Leonard P. Stark

_____
(By) Deputy Clerk