IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION and SYSTEM GENERAL CORPORATION, | ) ) ) ) |
| Plaintiffs, | ) C.A. No. 12-540-LPS ) |
| v. | ) ) |
| POWER INTEGRATIONS, INC., | ) ) |
| Defendant. | ) |

[PROPOSED] ORDER

WHEREAS, on August 21, 2015 the Court Ordered Defendant to file a single, consolidated Motion for Judgment as a Matter of Law and Motion for New Trial ("Motion");

WHEREAS, the parties met and conferred on a briefing schedule for Defendant's consolidated Motion;

NOW THEREFORE, the briefing schedule for the Motion is as follows:

Opening Brief: August 31, 2015 (20 pages)
Answering Brief: September 14, 2015 (20 pages)
Reply Brief: October 5, 2015 (10 pages)

The briefing schedule for Plaintiffs' Motion for a New Trial (D.I. 437) is as follows:

Answering Brief: September 14, 2015 (20 pages)
Reply Brief: October 5, 2015 (10 pages)

SO ORDERED, this 26th day of August, 2015.

_____
Chief Judge

{01038573;v1 }