# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION and FAIRCHILD (TAIWAN) CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>POWER INTEGRATIONS, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 12-540-LPS<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's June 14, 2016 Oral Order, Fairchild Semiconductor Corporation and Fairchild (Taiwan) Corporation ("Fairchild") and Power Integrations, Inc. ("Power Integrations") through their undersigned attorneys submit this Joint Status Report concerning a schedule for briefing any remaining motions that will be filed or renewed, or indicating whether the Court will receive new briefing and, if not, which previously-filed briefs address the issues ripe for decision (D.I. 487).

Fairchild previously filed four post-trial motions that the Court denied without prejudice pending resolution of JMOL and new trial motions:

- Fairchild's Motion for an Accounting and Supplemental Damages (D.I. 452)
- Fairchild's Motion for Prejudgment and Post-Judgment Interest (D.I. 453)
- Fairchild's Motion for Attorney Fees and Costs (D.I. 454)
- Fairchild's Motion for Permanent Injunction or Ongoing Royalty (D.I. 455)

Power Integrations previously filed two post-trial motions that the Court denied without prejudice pending resolution of JMOL and new trial motions:

- Power Integrations' motion requesting a determination that this case is exceptional and seeking an award of fees and costs (D.I. 447)

- Power Integrations' motion requesting injunctive relief (D.I. 439)

In light of the Court's Oral Order (D.I. 487), Fairchild will not renew its Motion for an Accounting and Supplemental Damages (D.I. 452) and instead will defer an accounting or supplemental damages until after the resolution of the appeal.

For prejudgment interest, the parties agree that interest should be compounded annually using the prime rate for both damages awards.  By agreeing to the use of the prime rate and annual compounding in this case, Fairchild takes no position on the appropriateness of this interest calculation for this case or any other case.  Fairchild has reached this agreement to minimize the disputes between the parties.

Fairchild will renew its Motion for Attorney Fees and Costs (D.I. 454) and Motion for Permanent Injunction or Ongoing Royalty (D.I. 455) by filing new motions and briefs in support of these motions.

Power Integrations does not intend to renew its motion for injunctive relief specifically on the '359 patent (D.I. 439) because the products found to infringe the '359 patent in this case are already subject to an injunction in the parties' prior litigation (08-cv-309-LPS, the *Fairchild II* case).  Thus, while Power Integrations believes injunctive relief on the '359 patent is otherwise justified, there is no need for the Court to address that question now given the unique circumstances.

Power Integrations also does not intend to renew its motion requesting a determination that this case is exceptional and seeking an award of fees and costs (D.I. 447) in view of the Court's Oral Order (D.I. 487).

The parties propose the below briefing schedule for Fairchild's motions:

| **Brief** | **Due Date** |
|---|---|
| Opening Briefs | July 15, 2016 |
| Opposition Briefs | August 5, 2016 |
| Reply Briefs | August 12, 2016 |

ASHBY & GEDDES

/s/ *John G. Day*
_____
John G. Day (#2403)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

PAUL HASTINGS LLP
Blair M. Jacobs
Christina A. Ondrick
Patrick J. Stafford
875 14th Street, NW
Washington, DC 20005
202-551-1700

*Attorneys for Plaintiffs*

FISH & RICHARDSON P.C.

/s/ *Gregory R. Booker*
_____
William J. Marsden, Jr. (#2247)
Gregory R. Booker (#4784)
Joseph B. Warden (#5401)
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
(302) 652-5070
marsden@fr.com

Frank E. Scherkenbach
225 Franklin Street
Boston, MA  02110-2804
617-542-5070

Howard G. Pollack
Michael R. Headley
500 Arguello Street, Suite 500
Redwood City, CA  94063
650-839-5070

*Attorneys for Defendant*