# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

POWER INTEGRATIONS, INC.,

    Plaintiff,

v.

FAIRCHILD SEMICONDUCTOR CORPORATION and FAIRCHILD (TAIWAN) CORPORATION,

    Defendants.

C.A. No. 12-540-LPS

## VERDICT FORM

We, the jury, unanimously find as follows:

I. **INDUCED INFRINGEMENT**

1. Has Power Integrations proven by a preponderance of the evidence that Fairchild induced others to infringe the '359 patent?

    YES ✓
    (verdict in favor of Power Integrations)

    NO ____
    (verdict in favor of Fairchild)

II. **DAMAGES**

2. What amount in reasonable royalty damages did Power Integrations prove by a preponderance of the evidence that it is entitled to for Fairchild's infringement?

    $ 719,029.10

You have now reached the end of the verdict form and you should review it to ensure it accurately reflects your unanimous determinations. You must each sign the verdict form in the spaces below and notify the Jury Officer after you have reached a verdict.

Date: 11/15/2018

[REDACTED] [REDACTED]