IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POWER INTEGRATIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-540-LPS |
| | ) |
| FAIRCHILD SEMICONDUCTOR CORPORATION and FAIRCHILD (TAIWAN) CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS FAIRCHILD SEMICONDUCTOR CORPORATION AND FAIRCHILD (TAIWAN) CORPORATION'S MOTION FOR JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE A NEW TRIAL OR REMITTITUR**

Defendants Fairchild Semiconductor Corporation and Fairchild (Taiwan) Corporation (collectively, "Fairchild") hereby move pursuant to Rules 50 and 59 of the Federal Rules of Civil Procedure for judgment as a matter of law, or in the alternative a new trial, on the issues of induced infringement and damages. The grounds for this motion are set forth in the accompanying opening brief.

*Of Counsel:*

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80212-5638
(303) 592-1500

Colette Reiner Mayer
Pieter S. de Ganon
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304-1018
(650) 813-5600

Dated: January 18, 2019

ASHBY & GEDDES

*/s/ John G. Day*
_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendants Fairchild Semiconductor Corporation and Fairchild (Taiwan) Corporation*

{01407622;v1 }