IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| POWER INTEGRATIONS, INC., | : |
| Plaintiff, | : |
| v. | : C.A. No. 12-540-LPS |
| FAIRCHILD SEMICONDUCTOR CORPORATION and FAIRCHILD (TAIWAN) CORPORATION, | : |
| Defendants. | : |

## MEMORANDUM ORDER

At Wilmington, this **22nd** day of **July, 2019**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that:

1. PI's Motion for Judgement as a Matter of Law (D.I. 626) is **DENIED AS MOOT**.

2. Fairchild's Motion for Judgment as a Matter of Law (D.I. 629) is **DENIED AS MOOT**.

3. Fairchild's Motion for Judgment as a Matter of Law, or in the Alternative, a New Trial or Remittitur (D.I. 680) is **DENIED**.

4. PI's Motion for Permanent Injunction (D.I. 678) is **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall meet and confer and shall submit a joint status report, no later than **July 26, 2019**, advising the Court of any remaining order(s) it should enter in this case and how the case should now proceed.

_____
UNITED STATES DISTRICT COURT