IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FAIRCHILD SEMICONDUCTOR CORPORATION and FAIRCHILD (TAIWAN) CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>POWER INTEGRATIONS, INC.,<br><br>Defendant. | C.A. No. 12-540 LPS |

# [~~PROPOSED~~] FINAL JUDGMENT

Pursuant to the JURY VERDICT of November 15, 2018 (D.I. 631), the Court's resolution of the parties' post-trial motions (D.I. 695 and 696), and previous decisions in this matter, JUDGMENT is hereby entered as follows:

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Power Integrations, Inc. ("Power Integrations") and against Fairchild Semiconductor Corporation and Fairchild (Taiwan) Corporation (collectively, "Fairchild") with respect to direct infringement under the doctrine of equivalents and indirect infringement by contributory infringement of claims 29 and 31 of U.S. Patent No. 7,995,359 (*see* D.I. 403 and 427);

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Power Integrations and against Fairchild with respect to induced infringement of claims 29 and 31 of U.S. Patent No. 7,995,359 (*see* D.I. 631, 637, 695, and 696);

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Fairchild and against Power Integrations with respect to literal infringement of claims 29, 31, and 32 of U.S. Patent No. 7,995,359 (*see* D.I. 403 and 427);

1

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Fairchild and against Power Integrations with respect to direct infringement under the doctrine of equivalents and indirect infringement of claim 32 of U.S. Patent No. 7,995,359 (*see* D.I. 403 and 427);

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Power Integrations and against Fairchild for damages and interest in the amount of $857,920.10 for Fairchild's infringement of U.S. Patent No. 7,995,359 (*see* D.I. 631, 637, 677, 695, and 696);

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Power Integrations and against Fairchild with respect to indirect infringement of U.S. Patent No. 7,259,972 (*see* D.I. 531);

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Fairchild and against Power Integrations with respect to direct and indirect infringement, both literally and under the doctrine of equivalents, of claims 1, 3, and 12 of U.S. Patent No. 8,115,457 (*see* D.I. 403 and 427);

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Power Integrations and against Fairchild with respect to validity of claims 1, 3, and 12 of U.S. Patent No. 8,115,457 (*see* D.I. 403 and 427);

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Power Integrations and against Fairchild with respect to direct infringement, both literally and under the doctrine of equivalents, of claim 8 of U.S. Patent No. 7,286,123 (*see* D.I. 338 and 427);

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Power Integrations and against Fairchild with respect to infringement under the doctrine of equivalents of claims 1-4, 6, and 8-14 of U.S. Patent No. 7,525,259 (*see* D.I. 338 and 427);

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Power Integrations and against Fairchild with respect to validity of claims 1-4, 6, and 8-14 of U.S. Patent No. 7,525,259 (*see* D.I. 338 and 427);

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Fairchild and against Power Integrations with respect to infringement of claims 10-13 of U.S. Patent No. 7,876,587 (*see* D.I. 338 and 427);

IT IS FURTHER ORDERED AND ADJUGED that judgment be and is hereby entered in favor of Fairchild and against Power Integrations with respect to infringement of claims 9 and 14 of U.S. Patent No. 6,229,366 based on the Court's construction of the "soft start circuit means" element of the asserted claims (as explained in the Court's claim construction rulings (D.I. 87-88), summary judgment order (D.I. 338, 339), Power Integrations' concession it cannot proceed in view of the Court's claim construction (D.I. 389), and the oral argument and Court order barring Dr. Kelley from testifying as to the '366 patent based on the Court's claim construction (Trial Tr. at 1649:10-1675:15) (*see* D.I. 427).

IT IS FURTHER ORDERED AND ADJUDGED that Fairchild's counterclaims of invalidity with respect to U.S. Patent No. 6,229,366 are dismissed without prejudice (*see* D.I. 427);

IT IS FURTHER ORDERED AND ADJUDGED that Fairchild's counterclaims of invalidity with respect to U.S. Patent No. 7,876,587 are dismissed without prejudice (*see* D.I. 427).

Dated: __August 7__, 2019

_____
Honorable Leonard P. Stark

_____
(By) Deputy Clerk